1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    GYPSIE JONES,                    NO. 2:05-cv-0535-MCE-KJM

12            Plaintiff,

13       v.                            <u>ORDER</u>

14    SEARS ROEBUCK & CO.,
      dba SEARS #6178,
15
              Defendant.
16

17                          ----oo0oo----

18

19

20       On November 29, 2006, this Court entered judgment in favor

21    of Defendant, finding that Plaintiff had no standing to sue for

22    access barriers at a Sears store located more than 150 miles from

23    her place or residence, where she had no reasonable likelihood of

24    returning to the Sears store in question.  Defendant now requests

25    costs in the amount of $782.85.

26       Pursuant to the provisions of 28 U.S.C. § 1919, the Court

27    has authority to "order the payment of just costs" whenever "any

28    action or suit is dismissed.... for want of jurisdiction."

                                     1

An award of costs under § 191 is permissive and subject to the Court's discretion.  <u>Miles v. State of Cal.</u>, 320 F.3d 986, 988 n.2 (9th Cir. 2003).

Under the circumstances of this case, where Plaintiff had visited the Sears store in question only once in seventeen years and lived over 150 miles away, the Court finds that costs in favor of Defendant are justified.  Costs are therefore taxed in favor of Defendant in the sum of $782.85.

IT IS SO ORDERED.

Dated: June 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE